1010

No. 157.  PARDEN ET AL. *v.* TERMINAL RAILWAY OF THE ALABAMA STATE DOCKS DEPARTMENT ET AL., *ante,* p. 184;

No. 204.  UNITED STATES *v.* ALUMINUM CO. OF AMERICA ET AL., *ante,* p. 271;

No. 931.  LYNCHBURG TRAFFIC BUREAU *v.* UNITED STATES ET AL., *ante,* p. 270;

No. 980.  MCMANUS *v.* LAKE CENTRAL AIRLINES, *ante,* p. 943;

No. 991.  SPINELLI *v.* ISTHMIAN STEAMSHIP CO. ET AL., *ante,* p. 935;

No. 112, Misc.  WILSON *v.* UNITED STATES, *ante,* p. 960;

No. 1081, Misc.  STEBBINS *v.* UNITED STATES, *ante,* p. 940;

No. 1107, Misc.  SCHNEIDER *v.* WEISSBERGER ET AL., *ante,* p. 936; and

No. 1144, Misc.  WILLIAMS *v.* ANDERSON, JAIL SUPERINTENDENT, *ante,* p. 956.  Petitions for rehearing denied.

No. 122.  PALERMO *v.* UNITED STATES;

No. 134.  SICA *v.* UNITED STATES; and

No. 141.  CARBO *v.* UNITED STATES, *ante,* p. 953.  Petitions for rehearing denied.  MR. JUSTICE WHITE took no part in the consideration or decision of these petitions.

No. 253.  MARKS *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 214.  Petition for rehearing denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 538.  G. L. CHRISTIAN & ASSOCIATES *v.* UNITED STATES, 375 U. S. 954, 376 U. S. 929.  Motion for leave to file second petition for rehearing denied.

No. 896.  DEAN, ADMINISTRATOR, *v.* COLE, *ante,* p. 909.  Motion for leave to file petition for rehearing denied.